Donald S. Cuba II (admitted *pro hac vice*)
**MCGUIRE LAW, P.C.**
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Telephone: (708) 307-9650
Email: dcuba@mcgpc.com

John Heenan
**Heenan & Cook PLLC**
1631 Zimmerman Trail
Billings, MT 59102
Telephone: (406) 839-9091
john@lawmontana.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| DARIUS H. JAMES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SNOWFLAKE INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV-25-108-BU-BMM<br><br>**Acknowledgment of *Pro Hac Vice* Order** |

### ACKNOWLEDGMENT AND ACCEPTANCE OF *PRO HAC VICE* ADMISSION AND ATTENDANT REQUIREMENTS

I, Donald Cuba, accept my *pro hac vice* admission to practice in the District

Court for the District of Montana in the above captioned matter, and acknowledge

0

and will abide by the following requirements imposed by the Court in its December 4, 2025 order (Doc. 7):

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and shall be designated co-lead counsel;

2. Only one attorney (not myself), will be designated as co-lead counsel;

3. I will do my own work. I will do my own writing, sign my own pleadings, motions, briefs, and, if ever subsequently designated as co-lead counsel, I will appear and participate personally in all proceedings before the Court;

4. I have already taken the required steps to register in the Court's electronic filing system ("CM-ECF") and am currently registered with filing capabilities.

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6. My admission is personal and does not extend to the law firm that I work for.

May this acknowledgment and acceptance please the Court and fulfill the requirements imposed by the Court in its December 4, 2025 Order (Doc. 7).

1

DATED: December 18, 2025 Respectfully submitted,

*/s/ Donald S. Cuba II*
Donald S. Cuba II (admitted *pro hac vice*)
**MCGUIRE LAW, P.C.**
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Telephone: (708) 307-9650
dcuba@mcgpc.com


/s/ *John Heenan*
John Heenan
**Heenan & Cook PLLC**
1631 Zimmerman Trail
Billings, MT 59102
Telephone: (406) 839-9091
john@lawmontana.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2025, I electronically filed the foregoing Acknowledgment and Acceptance of *Pro Hac Vice* Admission and Attendant Requirements with the Clerk of Court for the United States District Court for the District of Montana using the CM/ECF system.

>*/s/ Donald S. Cuba II*
>Donald S. Cuba II
>**MCGUIRE LAW, P.C.**
>55 W. Wacker Drive, 9th Floor
>Chicago, IL 60601
>Telephone: (708) 307-9650
>dcuba@mcgpc.com


>/s/ *John Heenan*
>John Heenan
>**HEENAN & COOK PLLC**
>1631 Zimmerman Trail
>Billings, MT 59102
>Telephone: (406) 839-9091
>john@lawmontana.com