# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| DARIUS H. JAMES, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>SNOWFLAKE INC., a Delaware corporation,<br><br>Defendant. | CV-25-108-BU-BMM<br><br><br><br>SCHEDULING ORDER |

The Court held a telephonic conference on this matter on February 18, 2026, at the Missouri River Federal Courthouse in Great Falls. John C. Heenan, Donald Cuba II, Jordan Frysinger, and David Gerbie represented Plaintiff Darius H. James. Brianne C. McClafferty, Catherine Lui, and Annette Hurst represented Defendant, Snowflake Inc.

**IT IS ORDERED:**

1. **Scheduling Order.** The following schedule, established with the concurrence of the parties, will be observed:

    Initial disclosures due on or before:    <u>March 18, 2026</u>

1

| | |
|---|---|
| Last date to amend pleadings or join parties: | March 18, 2026 |
| Fact discovery shall close on: | February 25, 2027 |
| All parties shall disclose Experts (with Rule 26(a)(2) reports) on or before: | March 18, 2027 |
| All parties shall disclose rebuttal experts on or before: | May 13, 2027 |
| Discovery motions (with supporting brief) shall be filed and fully briefed on or before: | June 25, 2027 |
| Expert discovery shall close on: | July 15, 2027 |
| All motions for summary judgment and class certification, if any, shall be filed and fully briefed on or before: | August 19, 2027 |
| All responses to summary judgment and class certification, if any, shall be filed and fully briefed on or before: | October 7, 2027 |

| | |
|---|---|
| All replies to summary judgment and class certification, if any, shall be filed and fully briefed on or before: | October 28, 2027 |

The parties shall file a joint request for a status conference to address the remaining deadlines within 14 days of the Court's class certification order. The Court will conduct a telephonic status for the purpose of establishing a schedule for final disposition of this case.

A continuance of any deadline set by this Order does not extend any other deadline, absent order of Court permitting.

**IT IS FURTHER ORDERED:**

2.  **Local Rules and Electronic Filing.** Parties are advised that revised Local Rules for the District of Montana became effective December 1, 2024, and apply in all cases pending when changes become effective. In addition, all counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). All counsel must show cause if they are not filing electronically. Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. *See also* L.R. 1.4.

3.  **Discovery and Discovery Issues.** All written discovery shall be served at least 35 days before the end of discovery. Any unresolved discovery disputes must

be presented to the Court for resolution promptly. Before filing a discovery motion, the parties shall e-mail Sara Luoma at sara_luoma@mtd.uscourts.gov and request that the Court conduct a telephonic conference for the purpose of discussing the discovery dispute. Discovery motions should be filed only if the discovery dispute remains unresolved following the telephone conference.

Prior to filing a motion to compel discovery, counsel must advise the client that the loser will pay the opposing party's associated fees and costs. *See* Fed. R. Civ. P. 37(a)(5). Counsel must certify its compliance with this requirement in the motion. In addition, when the motion to compel is fully-briefed, both parties shall file affidavits with the Court detailing their known fees and costs associated with the motion.

4.     **Service by E-Mail for Parties Not Filing Electronically.** Parties not filing electronically may consent to be served by e-mail, pursuant to Fed. R. Civ. P. 5(b)(2)(E), by agreeing to such service in writing. *See* L.R. 1.4(c)(3).

5.     **Amending Pleadings or Joining Parties.** Parties are not required to seek leave of the Court to amend pleadings or join parties prior to the deadline established in paragraph 1.

6.     **Motions.** All motions, except discovery motions, shall be filed to ensure they are fully briefed by the date specified in paragraph 1. "Fully briefed" means

that the brief in support of the motion and the opposing party's response brief are filed.

7. **Identification and Authenticity of Written Documents.** The parties stipulate as to identification and authenticity for all written documents produced in pretrial disclosure and during the course of discovery, except as provided in this paragraph. If a party objects to either the identification or the authenticity of a particular document produced by another party, the objecting party must make and serve a specific objection upon all other parties within 30 days of receipt of the document. If a document is produced and the producing party objects either to identification or authenticity, the producing party shall so state, in writing, to all other parties at the time of production. All other objections are reserved for trial.

8. **Expert Reports.** Expert reports for any witness retained or specially employed to provide expert testimony in the case, or whose duties as an employee of a party involve giving expert testimony shall be served on or before the disclosure deadline specified in paragraph 1. Such reports are to be in compliance with Fed. R. Civ. P. 26(a)(2)(B) and shall be complete, comprehensive, accurate, and tailored to the issues on which the expert is expected to testify. An inadequate report or disclosure may result in exclusion of the expert's opinions at trial even if the expert has been deposed.

9.    **Rebuttal Experts.** A party may not file an expert rebuttal report on liability unless the party has already filed its own liability expert report. Any expert disclosures for purposes of rebuttal shall be served within 30 days of service of the report being rebutted.

10.   **Supplemental Disclosure.** Initial reports or depositions of experts determined to be inaccurate or incomplete shall be corrected or completed by supplemental disclosure no later than 90 days before trial.

11.   **Interim Status Conference.** The Court will convene an interim status conference upon application by any party if deemed necessary or appropriate by the requesting party.

**DATED** this 5th day of March, 2026.

_____
Brian Morris, Chief District Judge
United States District Court