**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| DARIUS H. JAMES, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>SNOWFLAKE INC., a Delaware corporation,<br><br>*Defendant.* | Case No.: 2:25-cv-00108-BMM<br><br>**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Hon. Brian Morris |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiff hereby moves for leave to file a first amended complaint in this matter pursuant to Federal Rules of Civil Procedure 16(b) and 15(a)(2).

Plaintiff seeks an order granting his Motion for Leave to File First Amended Complaint to remove Darius H. James ("Mr. James") as lead plaintiff and dismiss his claims without prejudice as to Mr. James's ability to remain an absent class member. Specifically, Plaintiff seeks to replace himself as the named class representative following a sudden health event (a stroke) that has left him unable to devote the time and energy necessary to represent the absent class members.

This Motion is supported by the accompanying Memorandum of in Support of Motion for Leave to File First Amended Complaint filed contemporaneously herewith. Defendant opposes the instant Motion.

Dated: October 13, 2026

Respectfully submitted,

DARIUS JAMES, individually and on behalf of all others similarly situated

By: /s/ *John Heenan*
*One of Plaintiffs' Attorneys*

John Heenan
**HEENAN & COOK PLLC**
2224 Montana Avenue
Billings, MT 59101
Telephone: (406) 839-9091
john@lawmontana.com

David L. Gerbie (pro hac vice)
Brendan Duffner (pro hac vice)
Jordan R. Frysinger (pro hac vice)
Donald S. Cuba (pro hac vice)
**MCGUIRE LAW, P.C.**
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Telephone: (312) 893-7002
dgerbie@mcgpc.com
bduffner@mcgpc.com
jfrysinger@mcgpc.com
dcuba@mcgpc.com

*Counsel for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I, John Heenan, an attorney, certify that on October 13, 2026, I filed the foregoing Motion For Leave to File First Amended Complaint and supporting papers via the Court's CM/ECF electronic filing system. A copy of said documents will be electronically transmitted to all counsel of record.

/s/ *John Heenan*
John Heenan